**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Rafford Broadnax, | 2:25-cv-00113-JAD-MDC |
| Plaintiff(s), | **ORDER** |
| vs. | |
| Uber Technologies, Inc., et al., | |
| Defendant(s). | |

Pro se plaintiff filed a *Motion to Supplement Additional Evidence* and a *Motion for Recusal*. *ECF Nos. 110 and 116*. However, this case is stayed because plaintiff has to pursue his claims in arbitration for an arbitrator to decide plaintiff's disputes with defendant. *See 4/3/26 Order at ECF No. 108*. As the Court previously informed plaintiff, "the forum for any further arguments regarding this dispute is arbitration, not this court." *See 4/3/26 Order at ECF No. 108*. The Court also previously cautioned plaintiff to stop filing motions in this proceeding because the matter is stayed. *Id*. ("Broadnax is cautioned that future motions for reconsideration may be denied or struck as a litigation abuse, and the court may impose sanctions for vexatiously multiplying the proceedings."). Accordingly, the Court **STRIKES** plaintiff's motions pursuant to the Court's 4/3/26 Order.

**IT IS ORDERED that the Clerk of Court is DIRECTED to STRIKE** from the docket plaintiff's**:**

1. *Motion to Supplement Additional Evidence (ECF No. 110)*, and

2. *Motion for Recusal* (ECF No. 116).

DATED:    May 28, 2026.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

1

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, parties must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in sanctions.**