**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Rafford Broadnax,<br><br>    Plaintiff<br><br>v.<br><br>Uber Technologies, Inc., et al.,<br><br>    Defendants | Case No. 2:25-cv-00113-JAD-MDC<br><br>**Order Denying Requests to Intervene in Compelled Arbitration and Overruling Objection to Magistrate Judge's Order**<br><br>ECF Nos. 109, 117, 121 |

More than a year ago, I granted Uber Technologies, Inc.'s motion to compel the arbitration of former Uber driver Rafford Broadnax's employment claims against it and stayed this case pending arbitration.[1]  Unfortunately, that did not stop Broadnax from continuing to file motion after motion in this court, seeking to thwart those arbitration proceedings.  In an order entered two months ago, I cautioned, "**This must stop.**  This court has compelled arbitration and twice affirmed that ruling, and this case is stayed pending arbitration.  So the forum for any further arguments in this dispute is arbitration, not this court."[2]

Nevertheless, Broadnax has since filed motions to appoint an arbitrator, to supplement that motion, to lift the arbitration stay, and to recuse the magistrate judge.[3]

---

[1] ECF No. 51.

[2] ECF No. 108 at 7.

[3] ECF Nos. 109, 110, 116. 117.

1

And when the magistrate judge struck his motions to supplement and to recuse because this case is stayed, Broadnax filed an objection to that ruling.[4]

All of these requests are denied. Any difficulties that Broadnax is experiencing in the arbitration forum must be resolved there, not in this court. There are arbitral procedures in place for addressing his concerns, this court has ordered Broadnax to arbitrate his claims, and he must now take whatever steps are necessary to do so. This will require some cooperation by Broadnax. And this court will not be sympathetic to the argument that arbitration is not proceeding promptly when the delay is caused by a litigant's lack of cooperation or adherence to arbitration rules and procedures.

IT IS THEREFORE ORDERED that Plaintiff Rafford Broadnax's motions to appoint arbitrator and lift the arbitration stay **[ECF No. 109, 117] are DENIED.**

IT IS FURTHER ORDERED that Plaintiff Rafford Broadnax's objections to the magistrate judge's order striking his motions to supplement and for recusal **[ECF No. 121] are OVERRULED.**

AGAIN this court reminds Broadnax that this case is stayed. **Any further relief other than to vacate or confirm the arbitration award must be sought in the arbitration proceeding.**

_____
U.S. District Judge Jennifer A. Dorsey
June 10, 2026

---

[4] ECF No. 121.

2